■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. MARCELIO, Appellant. [836 NYS2d 476]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), rendered August 9, 2004. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN ROBINSON, Appellant. [836 NYS2d 479]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 3, 2004. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.